O
JS-6

# United States District Court
# Central District of California

JOEL SOILEAU,

               Plaintiff,

     v.

SPACE EXPLORATION TECHNOLOGIES CORP.,

               Defendant.

Case No. 2:24-cv-06397-ODW (Ex)

**FINAL JUDGMENT**

Pursuant to the Court's Order Granting Defendant's Motion to Confirm Arbitration Award, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Defendant shall have **JUDGMENT** in its favor;

2. Plaintiff shall receive nothing; and

3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

April 17, 2026

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**